FILED

JAN 25 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. GALBRAITH, individually and on behalf of other similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RESURGENT CAPITAL SERVICES, L.P. AND SHERMAN FINANCIAL GROUP, LLC,<br><br>    Defendants. | Civ. No. S-05-2133 DFL KJM<br><br>O R D E R |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

//

1

1   The undersigned consents to the reassignment of this case to
2   the magistrate judge for all further proceedings and entry of
3   final judgment.
4   IT IS HEREBY ORDERED that any hearing dates currently set
5   before the undersigned are VACATED.
6   IT IS FURTHER ORDERED that the Clerk of the Court reassign
7   this case to the Honorable Kimberly J. Mueller.  The parties
8   shall please take note that all documents hereafter filed with
9   the Clerk of the Court shall bear case number Civ. S-05-2133 KJM.
10  Dated: 1/20/2006

_____
DAVID F. LEVI
United States District Judge

I accept reference of this case for all further proceedings
and entry of final judgment.
Dated:  1/23/06

_____
KIMBERLY J. MUELLER
United States Magistrate Judge