1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ROBERT GALBRAITH,
11         Plaintiff,                    No. CIV S-05-2133 KJM
12      vs.
13  RESURGENT CAPITAL SERVICES, et al.,
14         Defendants.                   ORDER
15  _____/
16         A status conference was held in this matter on April 26, 2006 before the
17  undersigned.  Joshua Swigart and Douglas Campion appeared telephonically for plaintiff.
18  Gregory Guth appeared for defendants.  Upon consideration of the status reports on file in this
19  action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS
20  FOLLOWS:
21         1. This action is referred to the Voluntary Dispute Resolution Program
22  ("VDRP").  The Clerk of Court is directed to serve a copy of this order on the court's VDRP
23  coordinator for prompt referral to a neutral.
24         2. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be
25  made within thirty days from the date of this order.
26  /////

                                          1

3. Motion for class certification, if any, shall be filed no later than September 27, 2006.

4. Discovery, including the hearing of discovery motions, shall be completed by January 24, 2007.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

5. Dispositive motions, other than discovery motions, shall be noticed to be heard by March 21, 2007.

6. The pretrial conference is set for May 23, 2007 at 11:00 a.m. before the undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

7. Trial of this matter is set for July 16, 2007[1] at 10:00 a.m. before the undersigned.  The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED:  April 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
galbraith.oas

---

[1] The Clerk's minutes reference a trial date of June 16, 2007.  That date falls on a Saturday.  It was the intention of the court to set trial for July 2007, not June.