Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 330-4657

Douglas J. Campion  (SBN:  75381)
doug@djcampion.com
Law Offices of Douglas J. Campion
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Telephone:  (619) 299-2091
Facsimile: (619) 858-0034

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| **ROBERT. W. GALBRAITH,** **INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,**<br><br>PLAINTIFF,<br><br>V.<br><br>**RESURGENT CAPITAL SERVICES, L.P. AND SHERMAN FINANCIAL GROUP, LLC,**<br><br>DEFENDANTS. | CASE NO.: 05CV-02133 KLM<br><br>**STIPULATION RE: CONTINUING HEARING DATE ON MOTION TO COMPEL ARBITRATION, BRIEFING SCHEDULE AND ORDER**<br><br>Judge: Hon. Kimberly Mueller<br>Courtroom:   No. 26<br><br>Current Hearing Date:    8/16/06<br>Proposed Hearing Date:   9/27/06 |

**IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD THAT:**

1. The hearing on Defendants' pending motion to compel arbitration presently set for August 16, 2006 shall be continued to September 27, 2006 at 10:00 a.m.;
2. Plaintiff's brief in opposition to the motion shall be filed and served on of before July 26, 2006;
3. Defendants' reply brief shall be filed and served on or before August 22, 2006;
4. All other matters including propounding any further discovery and the VDRP shall be stayed pending the hearing of this motion set for September 27, 2006;
5. Plaintiff's opposition brief may contain up to 25 pages.

Dated: July 10, 2006          **HYDE & SWIGART**


By: _____
   **Joshua B. Swigart,**
   Attorneys for the Plaintiff

Dated: July ___, 2006          **KLINEDIST PC**


By: _____
   **Ian A. Rambarran,**
   Attorneys for Defendant

## ORDER

Pursuant to the stipulation above and for good cause shown,

1. The hearing on Defendants' pending motion to compel arbitration presently set for August 16, 2006 shall be continued to September 27, 2006 at 10:00 a.m.;
2. Plaintiff's brief in opposition to the motion shall be filed and served on of before July 26, 2006;
3. Defendants' reply brief shall be filed and served on or before August 22, 2006;
4. All other matters including propounding any further discovery and the VDRP shall be stayed pending the hearing of this motion set for September 27, 2006;
5. Plaintiff's opposition brief may contain up to 25 pages.

IT IS SO ORDERED.

Dated: July 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE