1 | Natalie P. Vance, Esq., Bar No. 206708
2 | Ian A. Rambarran, Esq., Bar No. 227366
**KLINEDINST PC**
3 | 1107 Ninth Street, Suite 680
Sacramento, CA 95814
916/444-7573/FAX 916/444-7544
4 | nvance@klinedinstlaw.com
irambarran@klinedinstlaw.com

Attorneys for Defendants **RESURGENT CAPITAL SERVICES, L.P. and SHERMAN FINANCIAL GROUP, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ROBERT W. GALBRAITH individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P. AND SHERMAN FINANCIAL GROUP, LLC,<br><br>Defendants. | Case No.: 2:05-CV-02133-DFL-KJM<br><br>**STIPULATION RE: EXTENDING DATE FOR FILING REPLY BRIEF & ORDER**<br><br>Hearing Date: Sept. 27, 2006<br>Time:  10:00 a.m.<br>Courtroom: 26<br>Judge: Hon. Kimberly J. Mueller<br><br>Trial Date: **July 16, 2007** |

In **GOOD FAITH**, all parties have worked and continue to work together in good faith when scheduling matters of this case. In furtherance of the courtesy and professionalism already shown by both parties, they acknowledge that: There are substantial issues involved with the Defendants' Motion to Compel and Plaintiff's opposition thereto, including unconscionability tests and choice of law analyses, and the effects thereof on all matters of this case,

THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD THAT:  Defendants may file their Reply Brief to Plaintiff's Opposition to Motion to Compel no later than September 14, 2006.

Dated: September 7, 2006          Law Offices of Douglas J. Campion

By: _____
**Douglas J. Campion,
Attorneys for the Plaintiff**

Dated: September 7, 2006          KLINEDIST PC

By: _____
**Ian A. Rambarran,
Attorneys for Defendants**

STIPULATION RE: EXTENDING
DATE FOR FILING REPLY BRIEF & ORDER
Case No.: 2:05-cv-02133-KJM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF THE COURT

As set forth in the stipulation above and for good cause shown, defendants may file their Reply Brief to Plaintiff's Opposition to Motion to Compel no later than September 14, 2006.

IT IS SO ORDERED.

Dated:  September 15, 2006
(*nunc pro tunc* to 9/7/06).

_____
UNITED STATES MAGISTRATE JUDGE